```
TARA K. MCGRATH
United States Attorney
ANDREW P. SHERWOOD
Assistant U.S. Attorney
California Bar No. 342419
New York Bar No. 4518106
Office of the U.S. Attorney
880 Front Street, Room 6293
San Diego, CA 92101
Tel: (619) 546-9690
Email: Andrew. Sherwood@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA
```

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>SEAN STEVENSON,<br><br>　　　　Defendant. | Case No.: **23-CR-02368-AJB**<br><br>NOTICE TO WITHDRAW DOCUMENT |

COMES NOW the plaintiff, UNITED STATES OF AMERICA, by and through its counsel, Tara K. McGrath, United States Attorney, and Andrew P. Sherwood, Assistant United States Attorney, and hereby moves this Court to withdraw docket entry number 29 that was filed on March 19, 2024.

DATED: March 19, 2024.

　　　　　　　　　　　　　　　　　　Respectfully submitted,
　　　　　　　　　　　　　　　　　　TARA K. MCGRATH
　　　　　　　　　　　　　　　　　　United States Attorney

　　　　　　　　　　　　　　　　　　 */s/ Andrew P. Sherwood*
　　　　　　　　　　　　　　　　　　ANDREW P. SHERWOOD
　　　　　　　　　　　　　　　　　　Assistant U.S. Attorney