TARA K. MCGRATH
United States Attorney
DEREK KO
Florida Bar No. 84398
ANDREW SHERWOOD
Assistant United States Attorney
New York Bar No. 4518106
California Bar No. 342419
Federal Office Building
880 Front Street, Room 6293
San Diego, CA 92101
Telephone: (619) 546-9690/6270

Attorneys for Plaintiff
United States of America

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br>    Plaintiff, <br>  vs. <br><br><br><br><br> SEAN STEVENSON, <br>    Defendant. | Case No.: 23-cr-2368-AJB <br><br> UPDATED RULE 16.1 DISCLOSURE <br><br> DATE:  March 25, 2024 <br> TIME:  2:00 p.m. |

The parties hereby file the Rule 16.1 Disclosure.

# I

# STATEMENT OF THE CASE

On November 15, 2023, Sean Stevenson was charged by indictment. Mr. Stevenson was charged with Attempted Enticement of a Minor, in violation of Title

18, United States Code, Section 2422(b); and Possession of Images of Minors Engaged in Sexually Explicit Conduct, in violation of Title 18, United States Code, Section 2252(a)(4)(B). Mr. Stevenson was arraigned on November 21, 2023. [Dkt. No. 19.]

## II

## STATEMENT OF FACTS

On Sunday, April 9, 2023, San Diego Police Department Officers responded to a report of a robbery. Upon arrival, officers contacted the victim, a 16-year-old juvenile female (hereafter referred to as JF). JF told the officers, in essence, that a male subject and a female subject physically assaulted her, strangled her, prevented her from leaving, and ultimately stole JF's cellphone out of her hand and left the scene. JF told responding officers that P the male subject was her pimp; therefore, Task Force Officers (TFO) with the San Diego Human Trafficking Task Force (HTTF) responded and interviewed JF. During the interview, JF identified the male subject and described the female subject as the bottom, or the pimp's most trusted prostitute under his control.

On April 17, 2023, TFOs discovered that the subjects were staying at a motel in the San Bernardino area. Both were apprehended without issue. At the time of their arrest, the female subject was in possession of an Apple iPhone. An investigator obtained a warrant to search the contents of that device. During the review of the contents of the device, an investigator located a text message thread between the female subject and a phone number 619-500-9414 (hereafter -9414). The content of these messages included the user of -9414 offering a finder's fee payment to the female subject if she could provide him with an underage prostitute. During the conversation, the user of -9414 described himself as "55. White." The female subject

used a nickname of "Kash" for their communication. The messages began on April 9, 2023, and concluded on April 16, 2023.

On October 2, 2023, an investigator used a law enforcement program that generates a recorded phone line, and between October 2nd and October 4th, an investigator, acting in an undercover (UC) capacity, exchanged the following messages with the user of -9414.

UC:   "Hey baby its kash. New number. Gonna be in town next week with my friend maybe we can meet up this time."

-9414: " Ok!"

-9414: "How old is she?"

UC:   "You still looking for what we talked about last time?"

-9414: "Younger, yes"

UC:   "K"

-9414: "I'll pay well"

-9414: "Great"

-9414: "Now or later?"

UC:   "She my cousin and is wanting to get in this life but I don't want her to be putting herself out there on the net but she needs the money. Shes only 16 tho"

-9414: "Oh shit, yes!"

As the conversation continues, the user of -9414 told the UC, "I'm 55, white, kinda fit," which is consistent with how he described himself to the female subject. Ultimately, the user of -9414 agreed to exchange either $150 for a "bbbj" (bareback blow job, or oral copulation without a condom) or $100 for a hand job (manual

genital stimulation). He requested the act to be a "car date" (a prostitution encounter that occurs inside a vehicle). This exchange concluded on October 4th with the user of -9414 stating, "Ok. Well I'm interested in her for sure!"

On October 11, 2023, the UC messaged, "Hey baby" but did not receive a response until October 17, 2023. On that date, the user of -9414 began messaging the UC and ultimately the following exchange took place:

-9414: "Do you still have a younger girl?"

UC:   "Ya, my cousin I was telling u about"

-9414: "16?"

UC:   "Ya"

-9414: "Ok. I'm very interested"

During the course of the exchange, the user of -9414 again requested the sex act of "bbbj" or a "3some" with his friend. The user of -9414 requested a "cardate" in the morning and asked for the UC's location. The UC responded that they were close enough to be in San Diego in a short amount of time. The user of -9414 again negotiated the exchange of $150 for "bbbj" with the sixteen year old cousin.

During the morning of October 18, 2023, the user of -9414 messaged the UC several times between 3:00 a.m. and 6:30 a.m. to the following effect:

-9414: "Wya" [where you at]

-9414: "???"

-9414: "Hello???"

-9414: "?????"

-9414: "Keep posted bbby"

The UC responded on October 18, 2023 between approximately 11:46 a.m. and 4:41 p.m. with the messages below.

UC: "Hi baby, sorry about this morning. What do you think about this afternoon or can u only do mornings?" (

UC: "We're planning to head to san diego"

UC: "So let me know baby if u want to see my cousin in the morning otherwise we're not gonna come down til later cause we wont have a room yet."

Investigators used a law enforcement program to determine the -9414 phone number is a voice over internet protocol (VOIP) line registered to Pinger, Inc. Pinger, Inc. records indicated an email address of ss1642@yahoo.com was used to create the Pinger, Inc. account. Further, -9414 had been consistently assigned to this same account since March 2023. Using a law enforcement database, an investigator learned that Sean Stevenson is the user of ss1642@yahoo.com with an associated residence in San Diego, CA ("the San Diego residence").

California Department of Motor Vehicles records for Mr. Stevenson revealed his home address matched that of the San Diego residence and that he is the registered owner of two vehicles, a 2012 Mazda and a 1985 Volkswagen van, both also registered at this same address. Mr. Stevenson driver's license information indicates that he is a white male, 58 years old, 6'02, and 180 pounds. On October 17, 2023, investigators observed both vehicles associated with STEVENSON parked in front of the San Diego residence.

Additionally, an open-source internet search of Sean Stevenson revealed a San Diego news article dated, March 25, 2022, stating that a Sean Stevenson was an employee for San Diego Unified School District working at University City High School as a science teacher.

On October 23, 2023, the user of -9414 re-engaged with the UC:

-9414: Are you still here in SD?

1     -9414: Mornings are best as it is safe, dark and quiet

2     UC: Yes baby we are

3     -9414: Do you want to try tomorrow am?

4     UC: And mornings are fine

5     -9414: What part of town you at?

6     UC: National City and ya tomorrow sounds good baby

7     -9414: Ok, and $150 for cardate bbbj. No condom.

8     -9414: Also, can you send a pic of your cousin please? (lips emoji)

9     -9414: Sexy pic

The conversation subsequently continued with a discussion of whether the morning date was confirmed:

-UC: want to meet in the morning then or no?

-9414: Yes, can I see u first?

-UC: what do you mean, like a pic?

-9414: No, get a bbbj from u

-9414: How old r u?

-UC: im confused lol. u wanting a bj from both of us tomorrow?

-UC: and im 20

-9414: Lol. Nope. Either

-UC: K. are u coming to us baby or are we meeting u somewhere?

-9414: I cone to u.

-9414: Will u both be out on the

-UC: k. and yes baby of course

-9414: Ok

-9414: I'll text u in the morning

On October 24, 2023, the user of -9414 and the UC exchanged messages regarding the user of -9414 coming to meet the UC for a commercial sex date with

the 16-year-old cousin. The UC provided the address of 5380 El Cajon Blvd. in the city of San Diego, California to which the user of -9414 replied, "what is she wearing" (referring to the sixteen year old cousin). The user of -9414 also renegotiated the commercial sex date to be $140 for oral sex. At approximately 7:00 am, Mr. Stevenson arrived at the location in the Mazda Miata bearing CA license plate 8RDW598. TFOs conducting surveillance observed Mr. Stevenson drive laps near an apartment complex behind the location from where the user of -9414 had been told the sixteen year old would be arriving. Shortly afterward, Mr. Stevenson was stopped and placed under arrest.

During the arrest, TFOs observed $140 USD in the driver's side door storage area. During a search incident to arrest of Mr. Stevenson's vehicle, TFOs discovered a black Samsung smartphone underneath the driver's seat. Shortly afterward, a post-arrest call was placed to the -9414 number to which the UC had been sending messages. The black Samsung smartphone began to ring and the incoming phone number that came up on the black Samsung smartphone's screen was the one associated with the UC account.

During a subsequent search of the San Diego residence, TFOs located and seized several items for digital forensic examinations including flash drives and mobile devices.

## III
## DISCOVERY DISCLOSURE

On or between October 31, 2023 and December 1, 2023, the parties have conferred pursuant to F.R.Crim.P. 16.1 regarding a timetable and procedures for pretrial disclosure under Rule 16.

To date, the United States has produced four rounds of discovery and viewing of the contraband evidence was conducted. The first production included task force officer reports, the UC chats with the -9414 number, and SDPD dispatch logs.

  The second production consisted of body worn camera footage, a GPS tracker video, video of the post-arrest statement, audio of witness interviews, a reproduction of the UC chats with the -9414 number with revised formatting, cell tracker records, arrest scene photos, residential search photos, a task force officer supplemental report, and cell service provider records.

  The third production consisted of the Pinger search warrant, Pinger message logs, Pinger messages, Pinger account information and subpoenas that were served on Pinger.

  The fourth production also consisted of Pinger messages.

  Additionally, on March 18, 2024, a member of the defense team met with the case agent on the case and viewed the child sex abuse material ("CSAM") content.

DATED: March 19, 2024.    Respectfully submitted,

                 TARA K. MCGRATH
                 United States Attorney

                 /s/ *Andrew Sherwood*
                 Andrew Sherwood
                 Assistant U. S. Attorney

                 /s/ *Dana Grimes*
                 Dana Grimes
                 Attorney for Sean Stevenson