UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>SEAN STEVENSON<br><br>Defendant. | CASE NO.: 23CR2368-AJB<br><br>**Order Continuing Motion Hearing Trial Setting** |

The parties' joint motion to continue the Motion Hearing/Trial Setting from March 25, 2024 to May 13, 2024 is granted, on the grounds stated therein. Time is excluded pursuant to 18 U.S.C. § 3161(h)(7). The ends of justice served by a continuance in this case outweigh the best interest of the public and defendant in a speedy trial.

IT IS SO ORDERED.

Dated:  March 20, 2024

Hon. Anthony J. Battaglia
United States District Judge