UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO.: 23CR2368-AJB |
|---|---|
| Plaintiff, | |
| v. | **Order Continuing Motion Hearing Trial Setting** |
| SEAN STEVENSON, | |
| Defendant. | |

The parties' joint motion to continue the Motion Hearing/Trial Setting from May 13, 2024 to June 24, 2024 is granted, on the grounds stated therein. Time is excluded pursuant to 18 U.S.C. § 3161(h)(7). The ends of justice served by a continuance in this case outweigh the best interest of the public and defendant in a speedy trial.

IT IS SO ORDERED.

Dated: May 9, 2024

Hon. Anthony J. Battaglia
United States District Judge